**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| ANITA KEYES | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | )    **CIVIL ACTION NO. 3:05CV577 HTW/JCS** |
| STUART C. IRBY COMPANY | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**FINAL ORDER OF DISMISSAL**

This matter having come before the Court pursuant to a Stipulation of Voluntary Dismissal With Prejudice entered into by the parties hereto, by their respective attorneys, it is hereby

ORDERED, this case is hereby finally dismissed, with prejudice.

SO ORDERED, this the 31st day of July, 2006.

                          s/ HENRY T. WINGATE

                          CHIEF UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

/s/ Theresa Earley Harvey with permission
THERESA EARLEY HARVEY
ATTORNEY FOR PLAINTIFF

/s/ Paul O. Miller, III
PAUL O. MILLER, III
ATTORNEY FOR DEFENDANT

JO.99332204.1